## Commonwealth *v.* Clark, Appellant.

Submitted December 9, 1970. *Anthony J. Urban,* Public Defender, for appellant; *Adam D. Bavolack,* Assistant District Attorney, and *Richard B. Russell,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Cooper, Appellant.

Submitted November 9, 1970. *Ben F. Wright,* for appellant; *Lawrence D. McDaniel,* First Assistant District Attorney, and *Joseph E. Kovach,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Cosby, Appellant.

Submitted December 11, 1970. *David E. Auerbach,* Assistant Public Defender, for appellant; *Vram Nedurian, Jr.,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.